IN THE HOUSTON 14 COURT OF APPEALS OF TEXAS

NO _____

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 31 2015

CHRISTOPHER A. PRINE
CLERK

IN RE, THOMAS W. FLORENCE

AFFIDAVIT OF THOMAS W. FLORENCE

I THOMAS W. FLORENCE, CERTIFY SAID AFFIDAVIT AND AFFIDAVIT OF TRUTH, UNDER THE PENALTY OF PERJURY THAT ALL FACTS ARE TRUE AND CORRECT, SUPPORTED BY RECORD(S) (IN 10CR1217, 10CR1217 83-1, 10CR1217 83-2, 10CR1217 83-3, 10CR1217 83-4, 10CR1217 83-5, a-41-00522CR, AND ART. 11.07 (ART. 11.06) WRIT FILED IN BAXER COUNTY TEXAS), AUTHORITY, ARGUMENT AS MANDATED EVEN AS A PRO SE APPELLANT (RELATOR), AS THIS COURT HELD IN KINDLE v. STATE, 897 SW2d 261, 264 (TEXAS APP. HOUSTON 14 DIST. 1994). THIS COURT ALSO SHOWS A ART. 45.018(a), 45.019(a) (2) (4) (7) AFFIDAVIT AT Id. 263. THIS COURT IN CURRY v. STATE, 815 SW2d 263, 265 (TEX. APP. HOUSTON 14th DIST. 1991) SHOWS A 45.018(a), 45.019(a)(2)(4)(7) COMPLAINT APPENDIX 1, 3 Id 265.

SEE, RELATOR'S MANDAMUS EXHIBIT'S A1, die GPD # 2010-13986. 1ST AFFIDAVIT GIVEN TO ME BY STATE (SEE, R.R. VOL. 5 of 9 P.'s 173, 175-177, EXHIBITS A12EXH#11). ONCE I DID RESEARCH PRO SE AND COMPLAINED TO

Dear Clerk 3-20-15

Please file Writ
And Exhibit's And
Notify me Of The
Same.

I Certify Prisoner's
In Texas Earn No Funds
I'm A INDIGENT Illegially
Confined Citizen who
Lost 2 Jobs / College
Attendance.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
MAR 31 2015
CHRISTOPHER A. PRINE
CLERK